## Amanda Gerlock, Plaintiff in Error, v. John W. Conroy, Defendant in Error.

### Gen. No. 20,629.   (Not to be reported in full.)

Error to the Circuit Court of Cook county; the Hon. LOCKWOOD HONORE, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Reversed and remanded. Opinion filed January 11, 1916.

### Statement of the Case.

Action of assumpsit on a breach of promise of marriage by Amanda Gerlock against John W. Conroy. From a judgment for defendant upon a directed verdict, plaintiff appeals.

L. A. KAPSA and CHARLES C. SPENCER, for plaintiff in error.

JOHN W. SUTTON, for defendant in error.

MR. JUSTICE BARNES delivered the opinion of the court.

### Abstract of the Decision.

TRIAL, § 195*—*when improper to direct verdict.* Where the evidence is conflicting, its weight is for the jury and not for the court.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.